UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62339-CIV-ZLOCH

FRANCOIS PAUL,

    Plaintiff,

vs.                            **FINAL ORDER OF DISMISSAL**

CREDENCE RESOURCE MANAGEMENT,
LLC,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation For Final Order Of Dismissal (DE 24) filed herein by all Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, and after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Stipulation For Final Order Of Dismissal (DE 24) filed herein by all Parties be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above styled cause be and the same is hereby **DISMISSED** without prejudice;

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot; and

    4. The Court retains jurisdiction solely for the purpose of enforcing the terms of the Parties' Settlement Agreement.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of May, 2016.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
All Counsel of Record